05-13-00382-CV

7836
000241

FILED IN
5th COURT OF APPEALS
MAR 31 AM 5:29
LISA...ATZ, CLERK

CAUSE NO. 12-00021

IN THE INTEREST OF          §          IN THE DISTRICT COURT
                           §
ALEXIA ANHTHU TRAN          §          255ᵗʰ JUDICIAL DISTRICT
                           §
A CHILD                     §          DALLAS COUNTY, TEXAS

## ORDER VACATING JUDGMENT

After due consideration, the Court finds that the summary judgment signed on March 5, 2013, was erroneous in that it did not comport with the applicable statute of limitations. The Court finds as such in accordance with a writ of mandamus to that effect issued by the Court of Appeals for the Fifth District of Texas on August 2, 2013.

IT IS THEREFORE ORDERED by the Court that the motion of Respondent to vacate the judgment is granted and that the judgment that was signed on March 5, 2013, is hereby vacated in its entirety.

Signed this ___11___ day of ___Sept.___ , 20_13_

_____
JUDGE PRESIDING

DF-12-00021
OVACJ
ORDER - VACATE JUDGMENT
266138

